NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOAO CONTROL & MONITORING SYSTEMS LLC,**

*Plaintiff - Appellant*

v.

**TELULAR CORPORATION,**

*Defendant - Appellee*

---

16-2289

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 1:14-cv-09852 United States District Judge Rebecca R. Pallmeyer

---

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Northern District of Illinois, Chicago, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective today. The appellant's brief is due on September 25, 2017.

FOR THE COURT

July 25, 2017        /s/ Peter R. Marksteiner
                     Peter R. Marksteiner
                     Clerk of Court

Case: 1:14-cv-09852 Document #: 105 Filed: 07/25/17 Page 2 of 2 PageID #:5047