NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOAO CONTROL & MONITORING SYSTEMS LLC,**
*Plaintiff-Appellant*

v.

**TELULAR CORPORATION,**
*Defendant-Appellee*

---

2016-2289

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:14-cv-09852, Judge Rebecca R. Pallmeyer.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Pursuant to Fed R. App. P. 42(b), Joao Control & Monitoring Systems LLC moves unopposed to voluntarily dismiss this appeal, with each side bearing its own fees and costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

  May 22, 2018        /s/ Peter R. Marksteiner
      Date                  Peter R. Marksteiner
                              Clerk of Court

ISSUED AS A MANDATE: May 22, 2018